United States District Court
For the District of Nevada
Las Vegas

Jeffrey A. Rosenberg, pro-se )
)
vs )
) 03cv557
Spearmint Rhino, et al ) CVS-03-557-LRA/LRL
)
)

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

2003 MAY 19  A 10:45

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

Attachment to Initial Complaint - Praecipe

The Clerk for the United States District Court for the District of Nevada is hereby instructed to attach this Praecipe and illegal (false) "ticket" to file and note:

(1) illegal 4th Amendment Search and Seizure with no probable cause of a crime

(2) entrapment - solicited by girl - the plaintiff never mentioned sex, never mentioned money, never gave money, never had and never attempted to have sex for money at no time

(3) 1st Amendment - Free Speech - the plaintiff was not conducting business and was not receiving money or wanting to pay for anything (extortion)

(4) 6th, 8th, 7th Amendments

(5) Set up by Defendants to intimidate to drop suits 42USC 1985-1986

Please file and assist in clearing up under immunity, Civil rights, and law and protect. See also 02cv59.

by: Jeffrey A. Rosenberg
General Delivery
San Mateo, CA 94402

on this 15th day of May, 2003

03cv557

# CLARK COUNTY
## REGIONAL MISDEMEANOR CITATION/COMPLAINT — DEFENDANT

Court Case #: 

STATE OF NEVADA
COUNTY OF CLARK ss. Complaint/Affidavit
CITY OF LV

☒ Adult  ☐ Juvenile

EVENT #: 030517-2872

☒ In the Municipal Court of
☐ In the Justice Court of Clark County

**Name:** ROSENBERG, JEFF

**Address:** GENERAL DELIVERY, LAS VEGAS, NV

**DOB:** [illegible] 1972

**Violation date:** 5-17-03  **Hour:** 2215

**Date of Issuance:** 5-17-03

### Charges:

1. **A - SOLICIT PROSTITUTION** (NRS 5701)

To wit: ROSENBERG DID SOLICIT HIMSELF DEFT #1118 TO AN ACT OF PROSTITUTION AGREEING TO PAY MYSELF $150.00 FOR BOTH ORAL AND SEXUAL INTERCOURSE

**Court appearance:** 24th day of JUNE, 2003 at 7:30 AM

Defendant's Signature: [signed]