United States District Court
For the District of Nevada
Las Vegas

Jeffrey A. Rosenberg, pro-se
General Delivery
San Mateo, California 94402
(650) 340-8840 (MSG) (650) 342-0300 (MSG)

vs

Spearmint Rhino, Gentlemen's Clubs, Inc, T/A ?, et al
c/o Las Vegas
3340 South Highland Drive
Las Vegas, Nevada 89109
(702) 796-2600

and

Budget Suites, Stardust, et al
1500 Stardust Road
Las Vegas, Nevada 89109
(702) 732-1500

and

Stratosphere Tower, Casino and Hotel, et al
2000 South Las Vegas Blvd
Las Vegas, Nevada 89101
(702) 380-7777

and

Unknown agents associated with above
and other enjoined defendants (Blues, etc)
et al

CV-S-03-0557-LDG-PAL

COMPLAINT

(page 1 of 5)

The plaintiff, Jeffrey A. Rosenberg, Social Security # 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, Born 9/29/68, Male, Single, White, and a competent adult using his United States Natural Born Name, and in a personal capacity, is suing the Spearmint Rhino, Gentlemen's Club, Inc, a.k.a, T/A, et al and all unknown agents, and co-conspirators; the Budget Suites, a.k.a, T/A, et al, and all unknown agents, and co-conspirators; the Stratosphere Tower, Casino and Hotel, a.k.a, T/A, et al, and all unknown agents, and co-conspirators; and all unknown agents associated with above and other enjoined/related defendants (Bivens, etc), et al, in the United States District Court for the District of Nevada, Las Vegas, under Jurisdiction: 28 USC 1332 - Diversity, 28 USC 1331 (Federal Question), 28 USC 1343 (Civil Rights), and 28 USC 1359 (Conspiracy), etc; and Causes of Action under: 18 USC 1968 (RICO), 42 USC 1983 - Nevada Discrimination and Civil Rights Laws, Nevada Constitution, Penal Codes - Stalking, Harassment, Breaking and Entry, Extortion, Blackmail, Defamation of Character, Slander/Liable, unauthorized use of name and/or photo, Statute of Limitations, Statute of Frauds - Estoppel, Scienter, etc, common counts, usery, poisoning, larceny/theft, deceit, entrapment, aiding and abetting, racketeering, illegal business practices, misrepresentation of identity, services, prices, etc, record confidentiality, falsification of records, intimidation of informant, retaliation against informant, blackball/blacklist, racial profiling, illegal use, sexual harassment, tampering with evidence, fraud, false reports to police, obstruction of justice, conspiracy, etc; 42 USC 1985, 42 USC 1986, 42 USC 1988, 42 USC 1990, 42 USC 1994, 28 USC 1915, 18 USC 241-246, 18 USC 1512-1514, 18 USC 1505 - 18 USC 1511, 18 USC 2384, 18 USC 1061-1081, 18 USC 1091, 42 USC 421, et seq, 42 USC 2000 et seq, 18 USC 2071, 18 USC 1621-1624, 18 USC 1001, 18 USC 85,

(page 2 of 5)

18usc1028, 18usc115, 18usc1111 et seq, 18usc861-871, 18usc1968 (RICO), etc, US Constitution Article I, section 8-10, Article VI cl. 2 + cl.3, 1st, 2nd, 4th, 5th, 6th, 7th, 8th, 9th, 13th, 14th, etc Amendments, etc.

In the illegal conspiracy of the above (on page 1) Defendants, to assist in the conspiracy retaliation and intimidation, of Defendants of other suits of the plaintiff in the 9th, 8th, etc Circuits (Federal), to deprive the plaintiff of his: privacy, rights, priviledges, money, safety, quiet enjoyment, equal protection of laws, etc : via illegal extortion, blackball, lying of true services, payments/prices, stalking/harassment, breaking and entry, attempted poisoning, file tamperings, theft/larceny, discrimination, threats of violence, etc, lying to others about plaintiff (slander/libel/defamation of character), blackmail, denial of protection, hiring of criminals/foreigners etc to intimidate plaintiff to not use his rights, etc ; causing the plaintiff undue hardship and pain and suffering, with risk of injury, causing obstruction of prosecution of Federal and State cases, obstruction of settlements, increase in Social Security Disability, housing in California, obstruction vacation and business in Las Vegas, obstructing Social Life, and causing loss of funds, etc, while on Disability currently of only $700/month, due on the 3rd, in San Mateo, until increase, settlement, Loans, etc ; all to obstruct cases involving Racketeering of Casinos and "Nude Bars" across state lines ; to retaliate for past suits in Court, to obstruct monies and $c. owed, and possibly for Hatred, and Jealousy under Civil and Human Rights because Jewish and/or Disabled, and to assist Defendants of other suits

(page 3 of 5)

It is asked for a Civil and Criminal Investigation into Civil Rights violations of Spearmint Rhino for RICO across state lines of sex (see Santa Barbara, CA Spearmint Rhino); for extortion by Girls and Staff of over $1700 of the plaintiff's saved, back disability; attempted poisonings by staff and girls; deception of services; entrapment and invasion of privacy with other Defendants on plaintiff, behind back and illegal; denial of VIP card, and other benefits for monies; and lying and discrimination, stalking/harassment, afterwards with other defendants and unknown agents, including illegal checks with past associates, possible double, attempted theft of other monies, etc.; a Criminal and Civil Investigation into the Budget Suites of Las Vegas for extortion, illegal entry into rooms, invasion of privacy, deception and discrimination in services, prices, etc., assault with injury to plaintiff via risk of safety, possessions, and attempted poisoning, given disturbed disclosure, and for slander/readily to others to obstruct quiet enjoyment; a Criminal and Civil Investigation into the Stratosphere Casino and Hotel for extortion, illegal access to room, blackmail, unauthorized use of name and picture, attempted poisoning, etc.; protect plaintiff; enjoin with current default of suits under 42USC 1985-1986; RICO Default into above with activities in California and plaintiff; assist in funds; grant ifp; grant TRO and co-counsel; and serve under 28USC1915 and award, in addition to above, provide proper services, reimbursement, and another $200,000 (4) for risk of life, pain and suffering, and a Jury Trial is Demanded.

See related cases: Rosenberg vs Governor Grey Davis, et al, 03cv550 US District Court for the Eastern District of California, Sacramento; Rosenberg vs President Bush, Senators Feinstein, Schumer, Warner, Clinton, et al, 03-15383, United States Court of Appeals for the 9th Circuit; Rosenberg vs Social Security, et al, 03cv1906, US District Court for the Northern District of California - San Jose; Jeffrey A. Rosenberg vs Trump, et al, 01cv1146 US District Court - S. CA - San Diego and Minge vs Trump, 99cv599 US District Court - NV - Las Vegas; Rosenberg vs Jack Valenti and the Motion Picture Association and Porno Industry, 02cv59 US District Court - Nevada - Las Vegas; Rosenberg vs ABC, et al, 02cv02 US District Court - Nevada - Las Vegas; and administrative, executive, and law enforcement agencies in Nevada, New Jersey, and California on crime against plaintiff and links to Defendants of suits and this case and complaints; 18USC 1968 (RICO Demand), Whistleblower Retaliation, and Suits in this Court, California, NJ, PA, MD, NY, TX, VA, and DC and 42USC 1985-1986, A.D.A, Discrimination in public accommodation, licensing and inspections by State, 20th Amendment, etc.

Also, it is asked to re-open past cases under 1st & 14th Amendments and/or Grant consolidate appeal to the 9th Circuit with this case or to consolidate in this District and possible transfer to CA.

See Article IV, section 19 CA Constitution.

by: Jeffrey A. Rosenberg
General Delivery
San Mateo, CA 94402
(650) 340-8840, (650) 342-0300 (ASG)

on this 16th of May, 2003

(pg. 5 of 5) plus attachments

For the Eastern District of California

Jeffrey A. Rosenberg, pro-se/ifp )
)
vs )
)
Governor Gray Davis, et al )
)
MAY 8 REC'D )
)
)

Notice of Appeal

RECEIVED
GOVERNOR'S MAILROOM
SACRAMENTO, CA

03 cv 550 (JFM)

**ORIGINAL FILED**

MAY - 9 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

The plaintiff, Jeffrey A. Rosenberg, pro-se/ifp, hereby gives notice of appeal of decision of the United States District Court for the Eastern District of California in favor of Defendant and against Plaintiff, to the United States Court of Appeals for the Ninth Circuit in San Francisco, on the grounds of: (1) too high of standard, (2) public interest, (3) related cases, 03-15383 Rosenberg vs President Bush, et al, and other appeals involving the same Defendant from other Districts and the Eastern District, (4) common issue - 28 USC 1915, 1st Amendment, 14th and 5th Amendment, etc., and (5) conspiracy and multi-circuit relationship, etc.

Related cases in court: 01 cv 1540, 02 cv 913 US District Court - E.CA-SAC, Judge Burrell and Karlton, respectively.

Decision Date: 3/25/03 and 5/5/03
Judge: John F. Moulds

RECEIVED

MAY 0 9 2003

SENATOR JACKIE SPEIER  JS

The plaintiff is still indigent under California civil IRS laws and Disabled, un-represented, obstructed, and homeless, because of Defendants.

by: Jeffrey A. Rosenberg
General Delivery
San Mateo, CA 94402

on this 9th Day of May, 2003

**TOM LANTOS**
CALIFORNIA

WASHINGTON OFFICE:
2217 RAYBURN BUILDING
WASHINGTON, D.C. 20515
(202) 225-3531

DISTRICT OFFICE:
400 S. EL CAMINO REAL
SUITE 410
SAN MATEO, CA 94402
(650) 342-0300
IN SAN FRANCISCO:
(415) 566-5257



# Congress of the United States
## House of Representatives
### Washington, D.C. 20515

INTERNATIONAL RELATIONS COMMITTEE
Ranking Democratic Member

GOVERNMENT REFORM COMMITTEE
Subcommittee on Energy Policy,
Natural Resources and Regulatory Affairs
Subcommittee on National Security,
Veterans' Affairs and International Relations

Cochair, Permanent United States
Congressional Delegation to the
European Parliament

Member, United States
Congressional Delegation to the
NATO Parliamentary Assembly

Cochair, Congressional
Human Rights Caucus

Member, United States Holocaust Memorial Council

---

Congressman Tom Lantos
400 South El Camino Real, #410
San Mateo, CA 94402

Attention: _Mike Herding_

Dear Congressman Lantos:

I authorize you and your staff to obtain information on my behalf from the agencies initialed below:

Social Security Administration: ✓

Department of Defense: ____

Veteran's Administration: ____

Department of Defense: ✓   Branch: _United States Air Force_

United States Postal Service: ✓

Small Business Administration: ____

Immigration and Naturalization Service: ____

If other, please specify: _____

4/1/03
_Tom Lantos_ M.C.

Signature _____   Date _April 1, 2003_

Name: _Jeffrey A. Rosenberg_, SS # 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
Address: _General Delivery - Hold for Pick-up_
_Redwood City, CA 94064_
Telephone: _ifp-litigants@yahoo.com_

see attached.

Printed on Recycled Paper

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY ROSENBERG
        Plaintiff(s)

-v-

SOCIAL SECURITY ADMINISTR
        Defendant(s)

C 03-01906 HRL

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE

*Filed APR 28 2003 — RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

**IT IS HEREBY ORDERED** that this action is assigned to the Honorable Howard R. Lloyd. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern District of California," the Notice of Assignment of Case involving a Pro Se party to a United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients must familiarize themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern District of California."

CASE SCHEDULE   [ADR MULTI-OPTION PROGRAM]

| Date | Event | Governing Rule |
|---|---|---|
| 04/28/2003 | Complaint filed | |
| 08/12/2003 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR LR 3-5 |
| 08/12/2003 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 08/26/2003 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | FRCivP 26(a)(1) Civil L.R.16-9 |
| 09/02/2003 | Case Management Conference in Courtroom 2, SJ at 1:30 PM | Civil L.R. 16-10 |