# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JEFFREY ROSENBERG,

    Plaintiff,

v.

SPEARMINT RHINO, et al.,

    Defendants.

CV-S-03-0557-LDG (PAL)

**ORDER**

On June 25, 2003, the magistrate judge ordered that plaintiff's complaint be dismissed for failure to state a claim with leave to amend within 30 days to cure the identified deficiencies (#3). On October 23, 2003, the magistrate judge submitted a report recommending that the complaint be dismissed for plaintiff's failure to file an amended complaint (#5). Plaintiff has not filed objections to the report and recommendation. Therefore,

THE COURT HEREBY ORDERS that the magistrate judge's report and recommendation (#5) is ADOPTED, and plaintiff's complaint is DISMISSED.

DATED this _____ day of December, 2003.

_____
Lloyd D. George
United States District Judge