**AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*                           DISTRICT OF ___NEVADA___

JUDGMENT IN A CIVIL CASE

JEFFREY ROSENBERG,                CV-S-03-0557-LDG(PAL)

    Plaintiff,

vs

SPEARMINT RHINO, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the jury for a trial by the Court. The issues have been tried and the jury has rendered it's verdict.

_X_ **Decision by Court.** This action came to be considered by the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED. Judgment is entered in favor of the Defendants and against the Plaintiff.

December 3, 2003                          LANCE S. WILSON
Date                                             Clerk

                                                   _Katun Yarich_
                                          (By) Deputy Clerk

FILED / ENTERED     RECEIVED / SERVED ON
                    COUNSEL/PARTIES OF RECORD

DEC - 3

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

8